IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 18 2016
11:00 am
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| ANN COMPTON ARNOLD, Individually and as Administratrix of the Estate of Greg Arnold, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>AIR TRACTOR, INC.,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. 7:14-cv-00019-O-KA<br>§<br>§<br>§ |

## Findings and Recommendation

By Order of October 10, 2015 ( ECF-43) the District Court referred to the undersigned, the parties' Joint Motion Regarding Finalizing Settlement and Requesting Minor Prove Up Hearing "for a hearing, if necessary, and determination or recommendation." Following appointment of a *guardian ad litem* for the minor children involved in the settlement, hearing on the settlement and related matters was conducted April 18, 2016.

Based upon a full and complete review of the settlement agreement and review of the status of the parties and claims and settlement funds, I have entered an order contemporaneous herewith (ECF-51) making findings and certain orders, including recommendations to the District Court. Incorporating those findings and orders herein, I recommend to the District Court that the District Court enter the orders I have recommended, that the settlement agreement be in all things approved, and that Plaintiff's claims against Defendant be DISMISSED WITH PREJUDICE to the refiling of the same. I further recommend that final judgment thereon be entered accordingly.

It is so ORDERED, this 18th day of April, 2016.

Robert K. Roach
UNITED STATES MAGISTRATE JUDGE