**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **ANN COMPTON ARNOLD,** | § | |
| **Individually and as Administratix of** | § | |
| **the Estate of Greg Arnold, Deceased,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | Civil Action No. 7:14-cv-00019-O |
| **v.** | § | |
| | § | |
| **AIR TRACTOR, INC.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 52. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. Accordingly, this case is **DISMISSED with prejudice**.

**SO ORDERED** on this **6th day** of **May, 2016**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**